petitioner as reasonable damages for the delay under the proviso in section C of section 237 of the Judicial Code, as amended by the act of February 13, 1925, c. 229, sec. 1, 43 Stat. 937. *Messrs. Samuel A. Anderson* and *Arden Howell* for defendant in error, in support of the motion. *Messrs. David H. Leake* and *Walter Leake* for plaintiff in error, in opposition thereto.

---

No. 174. J. L. LANCASTER ET AL., RECEIVERS OF THE TEXAS & PACIFIC RAILWAY *v.* H. L. SMITH ET AL. Error to the Supreme Court of the State of Texas. Submitted January 4, 1926. Decided January 11, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co. v. Carrollton*, 252 U. S. 1, 5, 6. Petition for certiorari denied. *Messrs. T. D. Gresham* and *Robert L. W. Thompson* for plaintiffs in error. *Mr. Thornton Hardie* for defendants in error.

---

No. 101. J. L. LANCASTER ET AL., RECEIVERS *v.* BERNICE S. GRAHAM. Error to the Court of Civil Appeals, 4th Supreme Judicial District, of the State of Texas. Submitted January 4, 1926. Decided January 11, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co. v. Carrollton*, 252 U. S. 1, 5, 6. *Messrs. F. H. Prendergast, T. D. Gresham, George Thompson* and *Robert L. W. Thompson* for plaintiffs in error. *Mr. J. C. George* for defendant in error.